UNITED STATES of America ex rel. Robert TROWBRIDGE, Appellant, v. COMMONWEALTH OF PENNSYLVANIA, Dr. John W. Claudy, Warden of Western State Penitentiary and State Court Officials, Beaver County, Pennsylvania.

No. 10980.

United States Court of Appeals
Third Circuit.

Submitted May 22, 1953.

Decided June 5, 1953.

Robert Trowbridge, pro se.

Richard P. Steward, Dist. Atty. of Beaver County, New Brighton, Pa., J. Leonard Solomon, 1st Asst. Dist. Atty. Beaver County, Pa., Beaver Falls, Pa., Robert E. Woodside, Atty. Gen. of Pa., for appellees.

Before MARIS, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

This is an appeal by the relator from an order dismissing his petition for a writ of habeas corpus. The district court, upon consideration of the petition, answer, and the complete record of the State proceedings, found the contentions of the relator to be without merit.[1] Brown v. Allen, 1953, 344 U.S. 443, 457–460, 73 S.Ct. 397. Cf. United States ex rel. Master v. Baldi, 3 Cir., 1952, 198 F.2d 113. We could add nothing to that court's opinion. The order will be affirmed.

CLARK TRANSPORT COMPANY, Appellant, v. Marilyn ARBUCKLE, a Minor, by Delbert Arbuckle, her Father and Natural Guardian.

No. 14769.

United States Court of Appeals
Eighth Circuit.

April 1, 1953.

Mordaunt & Mordaunt, Minneapolis, Minn., for appellant.

Foley & Foley, Wabasha, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice, but without taxation of costs in favor of either of the parties in this Court, on stipulation of counsel for respective parties.

No. 4621.

United States Court of Appeals
Tenth Circuit.

April 1, 1953.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., and Charles W. Davis, Chief Counsel, and

1. United States ex rel. Trowbridge v. Commonwealth of Pennsylvania, D.C., 112 F.Supp. 356.